## CONSUMERS GAS TRUST COMPANY *v.* MOORE.

[No. 20,421.   Filed November 4, 1904.]

From Superior Court of Madison county; *Henry C. Ryan*, Judge.

Action by Thaddeus M. Moore against the Consumers Gas Trust Company. From a judgment for plaintiff, defendant appeals. *Reversed.*

*W. H. H. Miller, J. B. Elam, J. W. Fesler, S. D. Miller* and *Jno. W Lovett*, for appellant.
*Dee R. Jones*, for appellee.

MONKS, J.—The questions presented in this case are substantially the same as those decided in *Consumers Gas Trust Co.* v. *Howard* (1904), *ante*, 170; *Consumers Gas Trust Co.* v. *Worth* (1904), *ante*, 141; *Consumers Gas Trust Co.* v. *Ink* (1904), *ante*, 174; *Consumers Gas Trust Co.* v. *Crystal Window Glass Co.* (1904), *ante*, 190; *Consumers Gas Trust Co.* v. *Littler* (1904), 162 Ind. 320, and upon the authority of these cases the judgment in this case is reversed, with instructions to overrule the demurrer to the answer.